UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING, INC.; STARFAITH, L.P., a limited partnership consisting of GUTS AND GRACE RECORDS, INC. (a California corporation), general partner, and CARLOS SANTANA and DEBORAH SANTANA, as Trustees of the SANTANA FAMILY TRUST, limited partner, d/b/a LIGHT MUSIC; EMI BLACKWOOD MUSIC, INC.; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; WARNER-TAMRELANE PUBLISHING CORP.; SCOTT A. STAPP and MARK T. TREMONTI d/b/a TREMONTI STAPP MUSIC; DWIGHT FRYE MUSIC, INC.; UNIVERSAL-DUCHESS MUSIC CORPORATION; and NORMAN GIMBEL, an individual d/b/a NEW THUNDER MUSIC CO., <br><br>Plaintiffs, <br><br>v. <br><br>COMMONWEALTH ENTERTAINMENT LLC d/b/a ONE MILL STREET and CHARLES DAHER, individually, <br><br>Defendants. | FILED IN CLERK'S OFFICE <br><br>2003 DEC 19  P 3: 49 <br><br>U.S. DISTRICT COURT DISTRICT OF MASS. <br><br>RECEIPT # _____ <br>AMOUNT $ 150 <br>SUMMONS ISSUED X 2 <br>LOCAL RULE 4.1 _____ <br>WAIVER FORM _____ <br>MCF ISSUED _____ <br>BY DPTY. CLK. _____ <br>DATE 12-19-03 <br><br>03 cv 12568 JLT <br><br>MAGISTRATE JUDGE _____ <br><br>CIV. NO.: _____ |

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

### JURISDICTION AND VENUE

1.   This is a suit for copyright infringement under the United States Copyright Act of

1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Upon information and belief, Defendant Commonwealth Entertainment LLC is a Limited Liability Company organized and existing under the laws of the Commonwealth of Massachusetts, which operates, maintains and controls an establishment known as One Mill Street, located at One Mill Street, Lawrence, Massachusetts 01840, in this district. In connection with the operation of this business, defendant Commonwealth Entertainment LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

6. Defendant Commonwealth Entertainment LLC's agent for service of process is Charles Daher at 1 Commonwealth Drive, Lawrence, Massachusetts 01841.

7. Plaintiffs are informed and believe that defendant Charles Daher ("Daher") is an officer of defendant Commonwealth Entertainment LLC, with primary responsibility for the operation and

2

management of that company. He is a Massachusetts resident with an address at 21 Andover Country Club Lane, Andover, Massachusetts 01810.

8. Plaintiffs are informed and believe that defendant Daher has the right and ability to supervise the activities of defendant Commonwealth Entertainment LLC, and a direct financial interest in that company.

## CLAIMS OF COPYRIGHT INFRINGEMENT

8. Plaintiffs allege twelve (12) claims of copyright infringement, based upon defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against defendants.

9. Annexed as Schedule A hereto and incorporated herein is a list identifying the musical compositions whose copyrights are known to have been infringed by defendants. According to plaintiffs' information and belief, defendants have infringed copyright in other musical compositions and at other times in addition to those shown on Schedule A. Schedule A contains information on the twelve claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition who are also the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the

location of the establishment where the infringement occurred. All references hereinafter to "Lines" are to lines on the Schedule.

10. Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3.

11. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

12. On the dates listed on Line 7, plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical compositions listed on Line 2.

13. On the date(s) listed on Line 7, defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of One Mill Street without a license or permission to do so. Thus, defendants have committed copyright infringement.

14. Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from plaintiff BMI that the performance on the premises of One Mill Street, without permission from the copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

15. The specific acts of copyright infringement alleged, as well as defendants' entire course of conduct, have caused and are causing plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at One Mill

4

Street, defendants threaten to continue committing copyright infringement. Unless this Court restrains defendants from committing further acts of copyright infringement, plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, plaintiffs pray that:

(I)   Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)  Defendants be ordered to pay statutory damages in an amount not greater than $30,000.00 nor less than $750.00 per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)  Plaintiffs have such other and further relief as is just and equitable.

Respectfully submitted:

BROADCAST MUSIC, INC., et al,
Plaintiffs,

Date: December ___, 2003

By their attorneys,

William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq.*
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988
*BBO # not yet assigned

5