%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Broadcast Music, Inc., et al

V.

Commonwealth Entertainment LLC d/b/a
One Mill Street, and Charles Daher,
individually

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12568 JLT

C3-12568 JLT

TO: (Name and address of Defendant)

Commonwealth Entertainment LLC d/b/a One Mill Street
One Mill Street
Lawrence, MA 01841

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12-19-03

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12-31-2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas L. Savage | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: One Mill Street Lawrence Mass
In hand to Allison Dallez, the person then in charge

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-31-2003
              Date            Signature of Server

427 Neck St Weymouth Mass 02191
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.