UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JAN 20 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BROADCAST MUSIC, INC. ET AL., <br> Plaintiffs <br><br> VS. <br><br> COMMONWEALTH ENTERTAINMENT, LLC <br> D/b/a ONE MILL STREE and <br> CHARLES DAHER, Individually, <br> Defendants | CASE NO. 03-CV-12568-JLT |

## DEFENDANTS' ANSWER AND JURY DEMAND

### JURISDICTION AND VENUE

1. The defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. The defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

### PARTIES

3. The defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint.

4. The defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

5. The defendants admit the allegations contained in Paragraph 5 of the Complaint.

6. The defendants admit the allegations contained in Paragraph 6 of the Complaint.

7. The defendants admit that Mr. Daher is a manager of Commonwealth

1

Entertainment. The defendants deny the remaining allegations contained in Paragraph 7 of the Complaint.

8. The defendants can neither admit nor deny the allegations as set forth in Paragraph 8 of the Complaint.

## **CLAIM OF COPYRIGHT INFRINGEMENT**

9. The defendants neither admit nor deny the allegations contained in Paragraph 9 of the Complaint.

10. The defendants deny the allegations contained in Paragraph 10 of the Complaint. The defendants further state that Commonwealth Entertainment was under the belief that at all times it was acting under a duly authorized license to play the musical composition set forth in Schedule A.

11. The defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. The defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. The defendants deny the allegations contained in Paragraph 13 of the Complaint.

14. The defendants deny the allegations contained in Paragraph 14 of the Complaint.

15. The defendants deny the allegations contained in Paragraph 15 of the Complaint.

WHEREFORE, the defendants demand a judgment of dismissal against the plaintiff on Count I of the Complaint, together with such further relief as this Court deems just and fair.

### FIRST AFFIRMATIVE DEFENSE
### FAILURE TO STATE A CLAIM

The plaintiffs have failed to state a claim against the defendants upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE
### PAYMENT

Commonwealth-Entertainment and Mr. Daher state that they have paid the in full for services for which the plaintiff is seeking payment and now owes the plaintiff nothing.

### JURY CLAIM

The defendants demands a trial by jury on all clams asserted in the Complaint to the extent a jury trial is permitted by law.

Respectfully submitted for
Commonwealth Entertainment, LLC. and
Charles Daher, Individually,
by their attorney,

_____
Vincent C. Manzi, Jr. BBO #318620
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

DATED:     January 15, 2004

### CERTIFICATE OF SERVICE

I, Vincent C. Manzi, Jr., counsel for the defendants, certify under the pains and penalties of perjury, that I have on this 15th day of January, 2004, served a copy of the foregoing upon the plaintiff by mailing same, first class mail postage prepaid to plaintiffs' counsel of record, William S. Strong, Esquire of Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, Massachusetts 02114.

_____
Vincent C. Manzi, Jr.