UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROADCAST MUSIC
      V                                    CIVIL ACTION No.  03-12568-JLT
COMMONWEALTH ENTERTAINMENT

DISCOVERY ORDER

TAURO,.J.:

On or before, April 16, 04 the parties shall    have exchanged and reviewed (1) all  documents in accordance with Local Rule 26.2(A), and (2) sworn statements in accordance with Local Rule 26.1(B), and (3)     a list  of persons they wish to depose,  thereby being in a position to knowledgeably prepare for the court's  consideration at the scheduling conference.

    In addition, the parties shall, without awaiting a discovery request, provide to other parties:

      (A) the name and, if known, the address and telephone    number of each individual  likely to have discoverable information relevant to disputed facts alleged with particularity  in the pleadings, identifying the subjects of the information and
      (B)  a  copy of, or a description by category and location of, all documents, data compilations,   and tangible       things in the possession, custody, or control of the party that are relevant to disputed facts  alleged with particularity in the pleadings.

    No additional discovery shall take place without further order of the court.

    Counsel shall notify the court in writing, no less than   (5) days prior  to the  scheduled conference, of pending motions. Any motion not brought to the court's  attention   (5) days prior to the scheduled conference will be deemed denied as  moot.

The court does not accept any letters requesting decision    or action.  Any such request must be in the form of a motion.  Letters submitted for information purposes only must be addressed to Zita Lovett, Deputy Clerk.

    IT IS SO ORDERED.

                              By the Court,
                              /s/    Zal

3/29/04                                          Zita Lovett, DEPUTY CLERK