**BMI v One Mill St joint statement**

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING, INC.; STARFAITH, L.P., a limited partnership consisting of GUTS AND GRACE RECORDS, INC. (a California corporation), general partner, and CARLOS SANTANA and DEBORAH SANTANA, as Trustees of the SANTANA FAMILY TRUST, limited partner, d/b/a LIGHT MUSIC; EMI BLACKWOOD MUSIC, INC.; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; WARNER-TAMRELANE PUBLISHING CORP.; SCOTT A. STAPP and MARK T. TREMONTI d/b/a TREMONTI STAPP MUSIC; DWIGHT FRYE MUSIC, INC.; UNIVERSAL-DUCHESS MUSIC CORPORATION; and NORMAN GIMBEL, an individual d/b/a NEW THUNDER MUSIC CO., <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH ENTERTAINMENT LLC d/b/a ONE MILL STREET and CHARLES DAHER, individually, <br><br> Defendants. | CIV. NO. 03-cv-12568 JLT |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

The parties submit the following statement pursuant to L.R. 16.1(D).

I.      **Proposed Discovery Plan**

The parties will make their initial disclosures under FRCP 26(a)(1) no later than fourteen (14) days following their Rule 16 conference with the Court.

The parties believe that phased discovery is probably not necessary in this matter as the factual issues in the case are not complex, and combining discovery on liability and damages will be more efficient than phased discovery.

Based on the information available to them at present, the parties anticipate that each of them will take no more than seven depositions, make at most two sets of document requests, and propound at most 25 interrogatories and 25 requests for admissions. However, the parties agree that these limits should be considered flexible so as to permit additional discovery should issues arise that make it necessary.

As of this date, the parties anticipate no expert testimony or discovery.

On the basis of the foregoing assumptions, the parties propose that discovery close by September 30, 2004.

II.     **Proposed Schedule for Filing of Motions**

The parties propose the following schedule. All dates are outside dates by which the motions described, with initial supporting briefs, shall be filed.

| | |
|---|---|
| June 30, 2004 | All motions pursuant to FRCP Rules 12, 19 & 20 |
| July 31, 2004 | All motions pursuant to FRCP Rule 15 |
| October 31, 2004 | Dispositive motions pursuant to FRCP Rule 56 |
| _____ | Status conference |
| _____ | Final pretrial conference |

2

III. **Certification**

The parties' certifications under Local Rule 16.1(D)(3) will be filed with the Court no later than the time of the conference.

IV. **Consideration of Trial by Magistrate Judge**

The parties do not at this time consent to a jury trial by a Magistrate Judge.

Date: April 28, 2004

Respectfully submitted:

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

*/s/ Amy C. Mainelli*
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988


COMMONWEALTH ENTERTAINMENT
LLC d/b/a ONE MILL STREET and
CHARLES DAHER,
Defendants,

By their attorney,

*/s/ Vincent C. Manzi Jr./ACM*
Vincent C. Manzi, Jr., BBO #318620
Manzi and McCann
59 Jackson Street
Lawrence, MA 01840
Tel: (978) 686-5664
Fax: (978) 794-9628

3