# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING, INC.; STARFAITH, L.P., a limited partnership consisting of GUTS AND GRACE RECORDS, INC. (a California corporation), general partner, and CARLOS SANTANA and DEBORAH SANTANA, as Trustees of the SANTANA FAMILY TRUST, limited partner, d/b/a LIGHT MUSIC; EMI BLACKWOOD MUSIC, INC.; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; WARNER-TAMRELANE PUBLISHING CORP.; SCOTT A. STAPP and MARK T. TREMONTI d/b/a TREMONTI STAPP MUSIC; DWIGHT FRYE MUSIC, INC.; UNIVERSAL-DUCHESS MUSIC CORPORATION; and NORMAN GIMBEL, an individual d/b/a NEW THUNDER MUSIC CO., <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH ENTERTAINMENT LLC d/b/a ONE MILL STREET and CHARLES DAHER, individually, <br><br> Defendants. | CIV. NO. 03-cv-12568 JLT |

## CERTIFICATION PURSUANT
## TO LOCAL RULE 16.1(D)(3)

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiffs and their counsel hereby certify that:

1) The undersigned have conferred with a view to establishing a budget for the costs

of conducting the full course – and various alternative costs – of the litigation; and

2) The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

BROADCAST MUSIC, INC.
for itself and on behalf of all Plaintiffs,

Date: 5/3/04

By: _____
Title: VP, LEGAL

_____
William S. Strong, Esq. BBO #483520
Amy C. Mainelli, Esq. BBO #657201
Kotin, Crabtree & Strong, LLP
Attorney for Plaintiffs

### Certificate of Service

I, Amy C. Mainelli, certify that I have this day served the foregoing document by first class mail upon the defendants in this action.

5-3-04                              _____
Date                                Amy C. Mainelli

2