**26.1**

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING, INC.; STARFAITH, L.P., a limited partnership consisting of GUTS AND GRACE RECORDS, INC. (a California corporation), general partner, and CARLOS SANTANA and DEBORAH SANTANA, as Trustees of the SANTANA FAMILY TRUST, limited partner, d/b/a LIGHT MUSIC; EMI BLACKWOOD MUSIC, INC.; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; WARNER-TAMRELANE PUBLISHING CORP.; SCOTT A. STAPP and MARK T. TREMONTI d/b/a TREMONTI STAPP MUSIC; DWIGHT FRYE MUSIC, INC.; UNIVERSAL-DUCHESS MUSIC CORPORATION; and NORMAN GIMBEL, an individual d/b/a NEW THUNDER MUSIC CO., <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH ENTERTAINMENT LLC d/b/a ONE MILL STREET and CHARLES DAHER, individually, <br><br> Defendants. | CIV. NO. 03-cv-12568 JLT |

## SWORN STATEMENT IN ACCORDANCE WITH LOCAL RULE 26.1(b)(1)

The Plaintiffs submit the following sworn statement pursuant to L.R. 26.1(b)(1).

A.  **Economic Loss and Computation of Damages**

It is not possible for plaintiff Broadcast Music, Inc. ("BMI") to itemize the economic loss for each particular instance of copyright infringement described of in the Complaint. BMI music licenses include the entire BMI repertoire and not licensing for individual works. The plaintiffs seek statutory damages under 17 U.S.C. §504(c), in an amount equal to not less than $3,000 per work infringed. Thus, the Plaintiffs seek at least $36,000 in addition to their costs and attorneys' fees.

B.  **Persons with discoverable information**

The following persons are likely to have discoverable information that the Plaintiffs may use to support their claims in this action:

Derek Addams
696 Chalkstone Avenue
Providence, RI 02908
(401) 453-3045

Subject: Plaintiffs' investigation of Defendants' infringements.

Tom Pittman
Address and phone number unknown.

Subject: The provision of musical entertainment at One Mill Street on the dates described of in the Complaint.

Kerri Howland-Kruse, Assistant Vice President - Legal
Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019
Tel. No.: (212) 586-2000

Subject: Practices and procedures of Plaintiff BMI; Plaintiffs' ownership of the works in question.

Larry Stevens, Assistant Vice President – General Licensing

2

Broadcast Music, Inc.
10 Music Square East
Nashville, TN 37203
Tel. No.: (615) 401-2823

Subject: Licensing practices and procedures of Plaintiff Broadcast Music, Inc.; Plaintiffs' investigation into infringements and Defendants' licensing history; BMI's communications with Defendants.

C. **Opposing Parties whose statements have been obtained**

None.

D. **Governmental Agencies or Officials**

None.

BROADCAST MUSIC, INC.
for itself and on behalf of all Plaintiffs,

Date: 5/3/04   By: /s/ Stuart Rosen
Title: AVP, LEGAL AFFAIRS

/s/ Amy C. Mainelli
William S. Strong, Esq. BBO #483520
Amy C. Mainelli, Esq. BBO #657201
Kotin, Crabtree & Strong, LLP
Attorney for Plaintiffs

Certificate of Service

I, Amy C. Mainelli, certify that I have this day served the foregoing document by first class mail upon the defendants in this action.

5-3-04   /s/ Amy C. Mainelli
Date     Amy C. Mainelli

3