UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROADCAST MUSIC, INC. et al.,     *
                                                    *
            Plaintiffs,           *
                                                    *
                                                    *
v.                                                   *     Civil Action No. 03-12568-JLT

COMMONWEALTH ENTERTAINMENT     *
LLC d/b/a ONE MILL STREET and         *
CHARLES DAHER, individually,          *
                                                    *
            Defendants.          *

## ORDER

May 4, 2004

TAURO, J.

After the Conference on May 4, 2004, this court hereby orders that:

1. Plaintiffs may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Defendant Commonwealth Entertainment LLC;

2. Plaintiffs may depose the following individuals: (1) the employees of Defendant Commonwealth Entertainment LLC who were working on the nights in issue, (2) Tom Pittman, and (3) Charles Daher;

3. Defendants may depose the following individuals: (1) Derek Adams, and (2) the Keeper of Records of BMI;

4. The abovementioned depositions must be completed by September 30, 2004;

5.  All discovery is stayed until May 18, 2004 to give the Parties a chance to discuss the settlement figure that was proposed in open court; and

6.  The Parties are to appear before this court for a Further Conference on October 7, 2004 at 10:00 a.m.

IT IS SO ORDERED.

        /S/ Joseph L. Tauro
United States District Judge