```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

BROADCAST MUSIC,
     Plaintiff,

     V                                    CA 03-12568-JLT

COMMONWEALTH ENTERTAIN,
     Defendant.
```

NOTICE OF CANCELLATION AND RE-SCHEDULING

The status conference scheduled for October 7, 2004 has been canceled.

It has been re-scheduled for: TO BE ADVISED.

```
                              By the court,
                                  /s/
                              _____
                              Zita Lovett
                              Deputy Clerk,
                              (617) 748-9183
```

September 20, 2004
cc: All counsel of record