# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADCAST MUSIC, INC.; HARRICK MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING, INC.; STARFAITH, L.P., a limited partnership consisting of GUTS AND GRACE RECORDS, INC. (a California corporation), general partner, and CARLOS SANTANA and DEBORAH SANTANA, as Trustees of the SANTANA FAMILY TRUST, limited partner, d/b/a LIGHT MUSIC; EMI BLACKWOOD MUSIC, INC.; PEERMUSIC III LTD.; STEPHANIE NICKS, an individual d/b/a WELSH WITCH MUSIC; UNICHAPPELL MUSIC INC.; ZELLA MUSIC, a division of UNIDISC MUSIC INC.; WARNER-TAMRELANE PUBLISHING CORP.; SCOTT A. STAPP and MARK T. TREMONTI d/b/a TREMONTI STAPP MUSIC; DWIGHT FRYE MUSIC, INC.; UNIVERSAL-DUCHESS MUSIC CORPORATION; and NORMAN GIMBEL, an individual d/b/a NEW THUNDER MUSIC CO.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMONWEALTH ENTERTAINMENT LLC d/b/a ONE MILL STREET and CHARLES DAHER, individually,<br><br>Defendants. | CIV. NO. 03-cv-12568 JLT |

### STIPULATION of DISMISSAL WITH PREJUDICE

The parties to this action hereby stipulate that the action be dismissed, with prejudice, each side to bear its own costs.

Date: 9-17-04

Respectfully submitted:

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

_William S. Strong_
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

COMMONWEALTH ENTERTAINMENT
LLC d/b/a ONE MILL STREET, and
CHARLES DAHER, Individually,
Defendants,

By their attorney,

_Vincent C. Manzi, Jr._
Vincent C. Manzi, Jr., BBO #318620
59 Jackson Street
Lawrence, MA 01840
Tel: (978) 686-5664
Fax: (978) 794-9628